## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE D. GOLDSMITH, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-7429 |
| | : | |
| EQUIFAX INFORMATION | : | |
| SERVICES, LLC, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 9th day of June, 2026, upon consideration of Plaintiff Andre D.

Goldsmith's *pro se* Amended Complaint (ECF No. 9), it is **ORDERED** that:

1.     The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons

in the Court's Memorandum.

2.     The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**


**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, J.**